# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 06-60082** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **DAVID WILLIAM SUNDAY** | * | **MAGISTRATE JUDGE METHVIN** |

## DETENTION ORDER PENDING TRIAL

A detention hearing was held on December 19, 2006, in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant pending trial in this case.

## FINDINGS OF FACT

The defendant is a serious danger to the community and a flight risk.

## WRITTEN REASONS FOR DETENTION

The defendant is charged with a "crime of violence" under the Bail Reform Act. The pre-trial services report indicates that the defendant is in state custody. The defendant confirmed that he is unable to post bond on the state charges and is thus not eligible for release.

Since the defendant is in State custody, the defendant waived his right to a detention hearing at this time, and knowingly and intelligently signed a waiver to that effect. If the defendant wishes to have a hearing in the future, he may request one at that time.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant

shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Lafayette, Louisiana, December 19, 2006.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE