UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVID WILLIAM SUNDAY | CRIMINAL ACTION NO. 06-CR-60082 |
| | CIVIL ACTION NO. 10-CV-1379 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

The Petition for Federal Writ of Habeas Corpus, brought pursuant to 28 U.S.C.§2255(e)-Saving clause/20 U.S.C. §2241(c)(3). [Rec. Doc. 89] and the Motion to Exclude Evidence/Testimony or Motion to Unpublish 2255(e)/2241 Proceedings or Motion to Strike 2255/2241. [Rec. Doc. 91] were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, In the interests of judicial economy and proper procedure, the Motion to Exclude Evidence/Testimony or Motion to Unpublish 2255(e)/2241 Proceedings or Motion to Strike 2255/2241[Rec. Doc. 91] is hereby **GRANTED**, and the Petition for Federal Writ of Habeas Corpus, brought pursuant to 28 U.S.C.§2255(e)-Saving clause/20 USC §2241(c)(3) [Rec. Doc. 89] is hereby **STRICKEN** from the instant

record, allowing Petitioner's efforts to continue in the custodial court in the matter captioned *David William Sunday v. Warden Ask-Carlson*, Docket No. 14-cv-668, Sec. P, Alexandria Division.

Signed at Lafayette, Louisiana, this 29 day of July, 2014.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE